810 A.2d 559

IN THE MATTER OF ERIC J. BRUNING, AN ATTORNEY
AT LAW (ATTORNEY NO. 019771981).

November 26, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 02–182, concluding that by way of reciprocal discipline, **ERIC J. BRUNING of ST. PORT LUCIE, FLORIDA,** who was admitted to the bar of this State in 1981, should be suspended from the practice of law for a period of three years based on discipline imposed in Florida for conduct constituting violations of *RPC* 1.1(a)(gross neglect), *RPC* 1.1(b)(pattern of neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a)(failure to communicate with client), *RPC* 1.15(failure to safekeep property) and *RPC* 8.1(b)(failure to respond to a lawful demand for information from a disciplinary authority);

And the Disciplinary Review Board having further concluded that respondent should not be reinstated to practice in New Jersey until reinstated in Florida;

And good cause appearing;

It is ORDERED that **ERIC J. BRUNING** is suspended from the practice of law for a period of three years prospective to the date of respondent's suspension in Florida, and until the further Order of the Court, effective immediately; and it is further

ORDERED that no petition for reinstatement to practice be submitted to the Disciplinary Review Board unless and until respondent is reinstated in Florida; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.